**MUSICK, PEELER & GARRETT LLP**
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone (213) 629-7600
Facsimile (213) 624-1376

Robert Bailey (State Bar No. 214688)
*r.bailey@musickpeeler.com*
Daniel J. Taylor (State Bar No. 241404)
*d.taylor@musickpeeler.com*

Attorneys for Defendant
BACKOFFICE ASSOCIATES, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVEK SHAH,<br>Plaintiff,<br>vs.<br>BACKOFFICE ASSOCIATES, LLC,<br>Defendant. | Case No. 2:26-cv-00848-MWC-SK<br>Hon. Michelle Williams Court<br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT DEFENDANT'S MOTION TO DISMISS**<br>Date: April 24, 2026<br>Time: 1:30 p.m.<br>Location: Ctrm. 6A, 6th Floor, First Street U.S. Courthouse, 350 W. 1st Street, Los Angeles, CA 90012 |

Defendant BackOffice Associates, LLC ("Defendant") hereby respectfully requests, pursuant to Federal Rule of Evidence ("FRE") 201(b), that the Court take judicial notice of the following records of other courts of the United States of America:

1. The complaint filed by Plaintiff Vivek Shah ("Shah") in *Vivek Shah v. Peridio, Inc.*, Case No. 2:25-cv-12373-SB-(Ex) (Dec. 22, 2025); attached hereto as Exhibit 1.

2. The complaint filed by Shah in *Vivek Shah v. RussCo57, LLC*, Case No. 2:25-cv-12371-PA-(MARx) (Dec. 22, 2025); attached hereto as Exhibit 2.

3. The complaint filed by Plaintiff Vivek Shah ("Shah") in *Vivek Shah v. SecureWorks Corp.,* Case No. 2:25-cv-12381-ODW-(PVCx) (Dec. 22, 2025); attached hereto as Exhibit 3.

4. The complaint filed by Shah in *Vivek Shah v. SpectraForce Technologies, Inc.,* Case No. 2:25-cv-12405-MWF-(PVCx) (Dec. 22, 2025); attached hereto as Exhibit 4.

5. The complaint filed by Shah in *Vivek Shah v. Talentbridge, Inc.,* Case No. 2:26-cv-00222-AH(SSCx) (Jan. 5, 2026); attached hereto as Exhibit 5.

6. Judge Percy Anderson's Order dated Jan. 8, 2026 dismissing the complaint filed by Shah in *Vivek Shah v. RussCo57, LLC*, Case No. 2:25-cv-12371 (Dkt 12); attached hereto as Exhibit 6.

7. Judge Percy Anderson's Order dated Jan. 9, 2026 dismissing the first amended complaint filed by Shah in *Vivek Shah v. RussCo57, LLC*, Case No. 2:25-cv-12371 (Dkt 14); attached hereto as Exhibit 7.

DATED: March 26, 2026

MUSICK, PEELER & GARRETT LLP

By: [signature]

Daniel J. Taylor
Attorneys for Defendant
BACKOFFICE ASSOCIATES, LLC