UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-00848-MWC-SK Date: March 30, 2026

Title: Vivek Shah v. BackOffice Associates, LLC

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL RULE 26(F) CONFERENCE (DKT. [18])**

In light of Plaintiff Vivek Shah's ("Plaintiff") notice of withdrawal of his Motion to Compel Rule 26(f) Conference, *see* Dkt. # 25, the Court **DENIES AS MOOT** Plaintiff's Motion to Compel Rule 26(f) Conference, *see* Dkt. # 18. The April 17, 2026, hearing is **VACATED**.

**IT IS SO ORDERED.**

:

**Initials of Preparer** TJ